UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DON KARL JURAVIN,

    Plaintiff,

AUG 4 2025 PM1:40
FILED - USDC - FLMD - TPA

v.                              Case No.: 6:25-cv-00793-GAP-RMN

TUCKER H. BYRD, ANDREW
M. DOMINGOES and BYRD
CAMPBELL, P.A.,

    Defendants. _____ /

## PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)

Plaintiff, Don Karl Juravin, appearing pro se, respectfully moves this Court to set aside the Court's Order of Dismissal with prejudice entered on July 7, 2025 (Doc. 15), pursuant to Federal Rule of Civil Procedure 60(b)(1) and 60(b)(6), and in support states as follows:

## I. INTRODUCTION

1. On June 9, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint.

1

2. According to Local Rule 3.01(c), Plaintiff's response deadline was June 30, 2025.

3. Plaintiff never received the Motion to Dismiss, as it was not mailed to his current address of record.

4. Plaintiff no longer resides at Bella Collina and has not lived there for over one year.

5. Plaintiff does not have electronic access to CM/ECF and relies exclusively on U.S. Mail for notice of court filings.

6. Because of the Defendants' failure to serve the motion to the correct mailing address, Plaintiff was deprived of the opportunity to respond.

7. As a result, the Court deemed the motion unopposed and entered an order dismissing the case with prejudice.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 60(b) provides that a party may be relieved from a final judgment or order for the following reasons:

- (1) Mistake, inadvertence, surprise, or excusable neglect;

- (6) Any other reason that justifies relief.

Relief under Rule 60 is particularly appropriate when a party never received notice of the motion, especially in cases involving dismissal with prejudice. See *Baez v.*

*S.S. Kresge Co.*, 518 F.2d 349 (5th Cir. 1975) (reversing denial of motion to set aside dismissal where plaintiff did not receive notice); *Baylor Int'l Corp. v. United States*, 728 F.2d 1095 (8th Cir. 1984) (failure to receive motion due to incorrect address warranted relief under Rule 60(b)).

## III. GROUNDS FOR RELIEF

### A. Failure to Receive Notice Due to Improper Mailing (Rule 60(b)(1))

8. Plaintiff was never served with a copy of the Motion to Dismiss at his correct address.

9. As a result, Plaintiff was unaware that a response was due and missed the deadline unintentionally.

10. This constitutes excusable neglect or mistake justifying relief under Rule 60(b)(1).

11. Plaintiff acted diligently in bringing this motion promptly after learning of the dismissal.

### B. Extraordinary Circumstances (Rule 60(b)(6))

12. Plaintiff has presented a verified Complaint asserting serious allegations under the Racketeer Influenced and Corrupt Organizations Act (RICO), supported by exhibits and documentation.

3

13. The Court's dismissal—entered without opposition due to improper notice—resulted in a final adjudication on the merits without consideration of Plaintiff's position.

14. Such extraordinary circumstances justify relief under Rule 60(b)(6) to prevent injustice and allow full adjudication.

## IV. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. Vacate the Order of Dismissal (Doc. 15);

2. Reopen the case; and

3. Allow Plaintiff fourteen (14) days to file a response to Defendants' Motion to Dismiss from the date of the order granting this motion.

## V. CONCLUSION

Wherefore, Plaintiff respectfully asks the Court to set aside the judgment of dismissal in the interests of fairness and due process, as Plaintiff was deprived of notice and opportunity to respond through no fault of his own.

Dated: August 3, 2025                                    Respectfully submitted,

/
Don Karl Juravin /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33756
Don@Juravin.com
(813) 810-5100


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be mailed by U.S.

Mail on counsel of record Jeffrey Donner, Esq. on this 4th day of August, 2025 to

Byrd Campbell, P.A.180 N Park Ave Ste 2A, Winter Park, FL 32789-7401.

/
Don Karl Juravin /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33756
Don@Juravin.com
(813) 810-5100



Don Juravin <don@juravin.com>

## Document Filing - Orlando Division - 6:25cv00793

**noreply@flmd.uscourts.gov** <noreply@flmd.uscourts.gov>
To: don@juravin.com

Sun, Aug 3, 2025 at 9:38 PM

**Submissions from litigants without lawyers will not be accepted through the Lawyer Web Portal and the Clerk's Office will not take any further action on any such filings. Litigants without lawyers must submit filings in person, by U.S. Mail, or by other delivery service. *Note: Filings delivered to the Clerk's Office by U.S. Mail or other delivery service are date-stamped and filed on the date they are received by the Clerk's Office -- not the date they are placed in the mail, postmarked, or given to another delivery service.***

First Name: Don
Middle Name:
Last Name: Juravin
Bar Number: Prose
Bar State: FL

Telephone Number: 8138105100
Email Address: don@juravin.com
Firm Name: Prose
Street Address: 11437 Linden Depot Road
Suite Number:
City: San Antonio
State: FL
Zip: 33576

Case Number: 6:25cv00793
Division: Orlando

Comments:

Date: 08/03/25
Signature: Don Karl Juravin
Submitted: 08/03/25 9:38:14 pm

Main Document Name: Motion to set aside dismissal- Byrd case.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=====================================================================