# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DON KARL JURAVIN,

       Plaintiff,

v.                                            Case No:   6:25-cv-793-GAP-RMN

TUCKER H. BYRD, ANDREW M.
DOMINGOES and BYRD
CAMPBELL, P.A.,

       Defendants

## ORDER

With Respect to Plaintiff's Motion to Set Aside Dismissal Pursuant to Federal Rule of Civil Procedure 60(b) (Doc. 17), Defendants shall show cause in writing within 10 days, why they did not serve a copy of their Motion to Dismiss (Doc. 7) at the address listed on Plaintiff's Complaint (Doc. 1).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 6, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party